IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Jones Sr, Kenneth P | Case Number: 06 B 15103 |
| | Judge: Hollis, Pamela S |
| Printed: 9/30/08 | Filed: 11/17/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: August 18, 2008
Confirmed: January 22, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 5,415.00 | |
| Secured: | | 1,387.62 |
| Unsecured: | | 1,986.70 |
| Priority: | | 0.00 |
| Administrative: | | 1,744.00 |
| Trustee Fee: | | 296.68 |
| Other Funds: | | 0.00 |
| Totals: | 5,415.00 | 5,415.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 769.00 | 769.00 |
| 2. | Robert J Semrad & Associates | Administrative | 200.00 | 200.00 |
| 3. | Robert J Semrad & Associates | Administrative | 500.00 | 500.00 |
| 4. | Robert J Semrad & Associates | Administrative | 275.00 | 275.00 |
| 5. | Citi Residential Lending Inc | Secured | 0.00 | 0.00 |
| 6. | Cook County Treasurer | Secured | 2,418.00 | 75.00 |
| 7. | Citi Residential Lending Inc | Secured | 5,592.00 | 1,312.62 |
| 8. | Cook County Treasurer | Unsecured | 183.51 | 0.00 |
| 9. | Asset Acceptance | Unsecured | 2,472.68 | 0.00 |
| 10. | B-Real LLC | Unsecured | 4,806.61 | 1,986.70 |
| 11. | Loyola Medical Center | Unsecured | | No Claim Filed |
| 12. | Loyola University Medical Center | Unsecured | | No Claim Filed |
| | | | $ 17,216.80 | $ 5,118.32 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 41.04 |
| 5.4% | 200.07 |
| 6.5% | 55.57 |
| | $ 296.68 |

Page 2

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Jones Sr, Kenneth P | Case Number: 06 B 15103 |
| | Judge: Hollis, Pamela S |
| Printed: 9/30/08 | Filed: 11/17/06 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

